# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

JEREMY THOMASON _____ )          22-834-SMY
_____ )    Case Number: _____
_____ )          *(Clerk's Office will provide)*
_____ )
_____ )
       *Plaintiff(s)/Petitioner(s)*        )    ☑ CIVIL RIGHTS COMPLAINT
              v.                 )    pursuant to 42 U.S.C. §1983 (State Prisoner)
Wexford's Medical Provider, Nurse Dallison, Nurse )    ☐ CIVIL RIGHTS COMPLAINT
Practitioner Stover, Warden Dee Dee Brookhart, Sgt. )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Fierro, Director of Nurses Lachey And Rob Jeffreys, )    ☐ CIVIL COMPLAINT
Director of ILDOC. _____ )    pursuant to the Federal Tort Claims Act, 28 U.S.C.
       *Defendant(s)/Respondent(s)*      )    §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of
confinement.  Jeremy THOMASON, Register # m39074
10930 Lawrence Road
Sumner, IL
62466 — LAWRENCE Correctional Center—

**Defendant #1:**

B.    Defendant _____ Dallison _____ is employed as
                    (a)    (Name of First Defendant)

_____ Nurse _____
                    (b)    (Position/Title)

with  Wexford's Medical Provider  10930 Lawrence Rd.
                    (c)    (Employer's Name and Address)

_____ Sumner IL. 62466 _____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?  ☑ Yes    ☐ No

If your answer is YES, briefly explain:  Employed By the State of Illinois,
works for Wexford Health Care Provider who in turn provides services for the Illinois
Department of Corrections.

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _SARA STOVER_ is employed as

(Name of Second Defendant)

_NURSE PRACTIONER_

(Position/Title)

with _Wexford's Medical Provider_

(Employer's Name and Address)

_10930 LAWRENCE RD. SUMNER IL. 62466_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain: Employed by the state of Illinois works for Wexford's Medical Provider who in turn provides services for the Illinois Department of Correction.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3:    Defendant _Wexford's Medical Provider_ is Employed As

_Private Corporation_

With The Department of Corrections _10930 Lawrence Rd._

_Sumner IL 62466_

Employed by the State of Illinois provides Medical Services for the Illinois Department of Corrections.

Defendant #4:    Defendant _Dee Brockhart_ is Employed As

Acting Warden with

The Illinois Department of Corrections

_10930 Lawrence RD Sumner IL. 62466_

Rev. 10/3/19

Employed by the State of Illinois. Employees Wexford to provide Medical Services for the Department of Corrections.

#5

[E] Defendant Lackey is employed as the Director of Nurses with Wexford's Medical Provider at Lawrence Correctional Center, 10930 Lawrence Rd in Sumner IL, 62466. At the time the claims alleged this complaint arose the Defendant was employed by state government. Nurse Lackey is and was employed by the State of Illinois. Works for Wexford's Health Care Provider who in turn provides services for the Illinois Department of Corrections.

#6

[F] Defendant Rob Jeffreys is employed as the Director of the Illinois Department of Corrections. At the time the claims alleged this complaint arose the Defendant was Employed by the State Government. Rob Jeffreys is employed by the State of Illinois and at the time of this complaint was the Acting Director.

#7

[G] Defendant Sgt. Fierro is at all times employed by the Illinois Department of Corrections. At the time of the claims alleged in this complaint arose the Defendant was employed by the State Government. Sgt. Fierro is an employed by the State of Illinois and at the time of this complaint was the Acting Sgt on duty.

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  N|A

Defendant(s):  N|A

2.    Court (if federal court, name of the district; if state court, name of the county):  N|A

3.    Docket number:  N|A

4.    Name of Judge to whom case was assigned:  N|A

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  N|A

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):  N|A

Rev. 10/3/19

7.    Approximate date of filing lawsuit:  N|A

8.    Approximate date of disposition:  N|A

9.    Was the case dismissed as being frivolous, malicious, or for failure to
      state a claim upon which relief may be granted and/or did the court
      tell you that you received a "strike?"  N|A

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner
      grievance procedure?                                    ☑ Yes    ☐ No

C.    If your answer is YES,
      1.    What steps did you take? Filed the initial grievance By placing it in
      the institutional mail System. Awaited Counselors response who investigated
      the claims from Health Care. The grievance was then forward to the grievance
      officer who Denied the grievance that was concurred by the Chief Administrative
      officer. Plaintiff then Appealed to Administrative Review Board who Denied as well.
      2.    What was the result?
            Denied

D.    If your answer is NO, explain why not.  N|A

E.    If there is no prisoner grievance procedure in the institution, did you
      complain to prison authorities?                          ☐ Yes    ☐ No
                                              N|A

F.    If your answer is YES,
      1.    What steps did you take?
                                              N|A

Rev. 10/3/19

2.    What was the result? N/A

G.    If your answer is NO, explain why not. N/A

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

See Exhibit A

Grievances and Administrative Response

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

SEE Attached Exhibit B for claims

## IV. STATEMENT OF CLAIM

1. On May 2, 2021 at approximately 2:00pm, Jeremy Thomason, an inmate at Lawrence Correctional Center, was on the recreational yard playing Basketball when he injures his right hand. Middle finger. Upon returning to the Housing Unit at 2:30pm Thomason was placed in the cell. Thomason Did not know to what extent his injury was. Thomason then Notice that his finger had Swollen and Began turning colors.

2. On May 2, 2021, at 3:15pm During the institutional Count, Mr. Thomason informed Correctional Officer **Sgt. Fierro** of his injury. **Sgt. Fierro** observed the injury and stated: "**Damn, yes that looks pretty Messed up.**" **Sgt. Fierro** then informed Mr. Thomason that he will call over to Health Care and see if they can see him, But he Dont Believe theres much they could do for this injury. Mr. Thomason waited patiently for about Four (4) hours. Thomason Asked Sgt. Fierro what Did Health Care Say About his finger, **Sgt. Fierro** stated "He forget", And he'll make the call Now. **Sgt. Fierro** returned a little while later and stated Health Care is understaffed and too Busy to see me and try again Tomorrow.

3. On May 3, 2021 at approximately 8:00 am, Mr. Thomason spoke to Sgt. Walker And informed him of his Medical situation. Sgt. Walker observed Mr. Thomason's finger and call Health Care And informed Thomason to get Dressed to go to Health Care.

4. On May 3, 2021 Mr. Thomason was seen By **Nurse Dallison**. Thomason informed Nurse Dallison of what occurred and Believe he Broke his finger because it was crooked and purple. **Nurse Dallison** stated; yes. it looks pretty Messed up, But theres really nothing Much they could do". Mr. Thomason stated he did not want His finger to Remain stuck in this position. **Nurse D Allison** then pulled out a tounge Suppressor, gauze and tape to make a HomeMade Splint and applied it to Mr. Thomason's Finger. **Nurse Dallison** also provided Mr. Thomason with a phck of 12-325 mg Tylenol

AND stated "She could not give out ICE permits." Nurse Allison again stated theres not much she could do for his finger. Mr. Thomason was sent back to the Housing Unit.

5. On May 5, 2021 at 8:30 AM Mr. Thomason was called to the Health Care Unit by NP Stover. Upon Arrival NP Stover changed Thomason's tounge Suppressor, Quaze, and tape. Stover informed Thomason she'll continue this in an attempt to straighten his finger.

6. On May 7, 2021 at 10:00 AM Mr. Thomason was called to the Health Care Unit by NP Stover. Stover asked how Mr. Thomason's finger was doing, Thomason informed Stover hes continuing in pain and something doesn't feel right. NP Stover prescribed Mr. Thomason with 800 mg. I.b Profin and 500 mg Tylenol and continued to straighten his finger with a new splint. Mr. Thomason recieved an X-Ray and sent back to the Housing Unit.

7. On May 10, 2021 at 12:30 pm Mr. Thomason was called to the Health Care Unit to see NP Stover. Thomason informed Ms. Stover he was still in a lot of pain. Stover changed the splint with a new one to continue to straighten his finger. Ms. Stover stated that the X-Ray results have not come in yet. Thomason was sent back to the Housing Unit.

8. On May 11, 2021 at 11:30 am Mr. Thomason was called to the Health Care Unit and an unknown Nurse with Blonde hair and glasses attempted to put a splint on Mr. Thomason's finger using the tounge Suppressors, gauze and tape But couldn't get it wrapped correctly. On May 16, 2021 the splint was taken off and placed correctly.

9. On May 21, 2021 Thomason spoke to The Director of Nursing, ms Lackey and informed her of his situation. Thomason Specifically informed the Director that he was injuried while playing Basketball and he suffered continued pain in his finger and Believe his finger is Broke. Thomason informed the Director that the Medical staff only provided him with I.B Profins and 500 mg Tylenol and placing a splint of his injured finger. Thomason informed the Director

that the _____ hospital _____ legal _____ A _____ facility that will fulfill his medical needs. This occurred when the Director was conducting a Walk-Through in each Cell House Unit, at the facility. Director informed Thomason she'll look into it.

10. On May 24, 2021 Mr. Thomason was called to the Health Care Unit at 12:30pm. Thomason was seen by NP Stover. Thomason informed NP Stover that his finger continues to hurt really bad. NP Stover reviewed the medical file and informed Mr. Thomason that he have a fracture finger. NP Stover changed Mr. Thomason's splint and sent him back to the housing unit.

11. On June 16, 2021 Mr. Thomason was call to the Health Care Unit to recieve a second X-Ray.

12. On June 25, 2021 Thomason was informed by NP Stover that X-Rays are back and shows that his finger hasn't healed at all. Thomason then informed NP Stover that his finger is significantly crooked and going to the left, why haven't they did more to fix his finger. NP Stover stated: "Its just a crooked finger, its not the end of the world". NP Stover placed Mr. Thomason finger in another splint.

13. On August 2, 2021 at approximately 1:30pm Thomason spoke to Nurse Dewise and the Director of Nursing regarding the Covid-19 Vacine. _____, Thomason informed the Director of Nurse of his situation again. Thomason explained that its been three months since his accident and the nurses continue to tell him there's not much they can do for his injury. The Director informed Thomason, "its just a finger, they probably won't do much for it."

14. On August 9, 2021 at approximately 2:30 Thomason was call passed to see the Medical Doctor. Upon arrival Thomason was seen by a male black Doctor _____ "meyers" The Doctor asked whether he'd been sent to an outside

-3-

Specific Thomason Street, No. He was informed by Nurse Whitson and Stover, there wasn't much to be done other than placing the finger in an splint. THE M/B Doctor Meyers then scheduled THOMASON for an X-Ray again, to determine whether he needs to see an orthapedic Surgeon outside the Facility. THE X-Ray was taken on August 10, 2021.

15. On August 23, 26 & 29 THOMASON continued to complain of the pain he was in via & request slip to the Health care Unit.

16. On September 1, 2021 THOMASON went to the Health Care Unit and was given a patch of 325 mg Tylenol by NURSE Baker.

17. On November 10, 2021 MR. THOMASON went to an outside Hospital to have an MRI. On November 16, 2021 MR. THOMASON was seen By MD/Savino and informed that she's requesting that surgery be conducted on his hand.

18. On December 14, 2021 THOMASON went to the Health Care Unit and was seen By Nurse Dotty who informed him that his surgery was approved and would be going to see a Doctor for Consultation. Mr. THomason informed Nurse Dotty that the current medication was not working.

19. On January 15, 2022 MR. THOMASON sent a request slip to Health care requesting medical record and a status about his Consultation. On January 19, 2022 health care responsed stating: "you're in the process of being scheduled for an orthopedic consultation, which has to happen first."

20. MR. THOMASON has exhausted all of his Administrative remedies with respect to all claims and all Defendants.

-4.-

Parties - Deliberate Indifference EighthAmendment Violation

1. **Wexford's Medical Provider** is a private Illinois Corporation which has been, at all relevant times, under a Contract with the Illinois Department of Corrections to provide Medical Care and Services to inmates confined with ILDOC, Including Jeremy Thomason. Wexford is Being Sued as a Corporation/Contractor for violating the EighthAmendment for Deliberate Indifference to his serious Medical needs. Wexfords failed to provide Adequate Medical Staff qualified to exercise judgment about Mr. Thomason's Medical problem. The Nurse Practioner, Medical Director & Doctor knew the extent of Mr. Thomason's pain, knew that the Course of treatment was largely ineffective, and Declined to do Anything more to Attempt to improve Mr. Thomason's situation. Wexfords Medical Staff, Nurse Dallison and NP Stover lacked the Medical qualifications capable of evaluating the need for treatment. As stated in Nurse Dallison's statement to Mr. Thomason in paragraph 4, "There's nothing she Could Do for his finger." Nurse Practioner Stover's actions, continuing Placing a Homemade Splint on Thomason's finger Amounted to Wexford's Medical Staff Being inAdequate. Plaintiff injury occurred on the 2nd of May, he was seen by Nurses one the 3rd of May. And x-ray was not conducted until 5 days later. Plaintiff Filed A number of grievances informing the Health Care Unit and Administrators of his continuing pain and Concern of his finger Being permanetly crooked. It was not until May 24, 2021 that he was informed of the Results of the x-ray, A fractured finger. While nothing change since the x-ray. Mr. Thomason then informed the Health Care Unit and Administrators that he would like to see a specialist so he can Be provided with adequate treatment Because what was Being Done was not working. Thomason made clear he wanted treatment so his finger could properly heal. It was not until August 7, 2021 when he was seen by a Doctor who was scheduled Another x-ray to Determine whether he needs to see An orthopedic Surgeon outside the facility. Thomason was seen by MD/Savino who informed him she's requesting surgery. This surgery has yet to occur as Thomason Also Argues that Wexford Medical Provider has a policy And Continue practice to Allow for nurses, And nurse Practioners to Provide without Adequate skills And knowlege required to meet treat inmates Patients needs.

2. NURSE DALLISON At all times was a nurse employed by Wexford, and being sued in her individual capacity where her actions in handling Mr. Thomason's Medical needs was deliberately indifferent when she stated: "There's not much that could be done for his finger," and used a homemade splint to place on his finger. Nurse Dallison lacked the skills and knowledge to adequately treat his medical needs. Nurse Dallison statement directly demonstrate an eight Amendment violation as indifferent towards Mr. Thomason's medical needs. Nurse Dallison is also being sued in her official capacity. Dallison have acted, and continue to act, under color of state law at all times relevant to this complaint.

3. NP STOVER At all times was a nurse employed by Wexford and being sued in her individual capacity. Nurse Practioner Stover failed to provide Mr. Thomason proper medical treatment and lacked the skills and knowledge to adequately treat his injury. Nurse Practioner Stover's statement to Mr. Thomason where she stated; "It's just a crooked finger, it's not the end of the world", when Thomason complained why more is not being done to fix his finger, demonstrate an indifferent or hostile attitude toward his medical needs. NP Stover also knew that the treatment she was providing Mr. Thomason was ineffective and failed to do anything more to improve Thomason's situation. Nurse Practioner Stover is also being sued in her official capacity. NP Stover have acted, and continue to act, under the color of state law at all times relevant to this complaint.

4. Sgt. Fierro At all times was employed by the Illinois Department of Corrections acting under the color of state law is being sued in his official and individual capacity. Sgt. Fierro is being sued for delaying Mr. Thomason medical treatment when he knew of his serious injury. Sgt. Fierro delayed medical assistance by stating: "He forgot to make the call to Health Care. After observing Mr. Thomason injured he knew this was a serious medical need. In addition based on Sgt. Fierro's statement that he called Health Care and they are understaff and Thomason's must wait to the next day demostrate a deliberate indifference. Sgt. Fierro failed to take take the necessary measures to make sure Mr. Thomason serious medical needs was meet, specifically, contacting a superior to make sure the plaintiff is seen by Health Care officials.

-6-

5. DEE DEE BROOKHART, is the Acting WARDEN for the Dept. of Corrections at LAWRENCE Correctional Center and Acting under the color of State law. WARDEN BROOKHART is being sued in her Official Capacity. WARDEN Brookhart conduct in this matter Demonstrate an Deliberate Indifference for failing to ensure that Mr. Thomason was provided adequate medical treatment WARDEN Brookhart Knew of the Wexford's Health Care Providers policy and practices that allowed for NURSE AND NURSE PRActioners to treat inmates serious medical inguries without adequate skills and Knowledge requires to meet patients needs. Nurse Dallisen and Nurse Practioner Stover worked for Wexford and WARDEN BROOKHART Knew Wexford failed to provide adequate staff qualified to exercise reasonable Judgment about Mr. Thomason's medical problem. BROOKHART Knew the extent of Mr. Thomason's pain through the many grievances he filed and knew the medical treatment being provided was not working. While WARDEN BROOKHART is responsible for Mr. Thomason in her Custody her Administration was informed of Mr. Thomason's Desire to see a specialist, However, he was informed by the Chief Administer that his request to see an outside specialist was outside the purview of the grievance officer. WARDEN BROOKHART Knew that his medical surgery continues to be Delayed and have not made any efforts to fix the situation. Such Actions or non-Actions in this regards Demostrate an Deliberate Indifference in Violation of the Eighth Amendment.

6. ROB JEFFREYS, is currently and on information and belief, was for times relevant to this complaint the Acting Director of the Illinois Department of Corrections. Defendant Jeffreys OVERSEES ALL employees in ILDOC, and has Authority to establishes, Alter and implement all policies and procedures within ILDOC.

7. DIRECTOR OF NURSES, LACKEY, was the Director of Nurses at LAWRENCE Correctional Center for All times Relevant to this complaint, and OVERSAW ALL medical staff operations. DON LACKEY was placed on Notice on August 2, 2021

When she spoke to Mr. Thomason and he personally explain that he was being denied adequate medical care. Her first encounter with Mr. Thomason was in May of 2021. Director of Nurse Lackey was aware of Mr. Thomason's serious medical needs and failed to act. Lackey only stated; "she'll look into it.

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

A. Issue an injunction ordering defendants, Wexford, Warden Brookhart, Director of Nurses Lachey and Director Jeffreys to carry out without delay the treatment of surgery directed by the Doctor

B. Award compensatory damages in the following amount: $100,000 jointly and severally against Defendants, Wexford, Nurse Dallison, NP Stover, Warden Brookhart, Sgt. Fierro, Director of Nurses Lachey and Director of IDOC Rob Jeffreys, for the physical and emotional injury resulting from their failure to provide adequate medical care to plaintiff.

C. Award punitive damages in the following amount: $50,000 each against Nurse Dallison and NP Stover, $20,000 against Sgt. Fierro, $50,000 each against Wexford, Warden Brookhart, Director of Nurses Lachey & Director Jeffreys.

## VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does    ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: ___4-26-22___
_____(date)_____

___10930 Lawrence Rd___
Street Address

___Sumner IL, 62466___
City, State, Zip

_____
Signature of Plaintiff

___Jeremy Thomason___
Printed Name

___M39074___
Prisoner Register Number

___N/A___
Signature of Attorney (if any)

Rev. 10/3/19

Affidavit or Declaration of Verification

I, Jeremy Thomason, swears that the facts stated in this Complaint are true to his Knowledge, and that the facts stated on information and belief are true to the best of his Knowledge and belief.

Jeremy Thomason # M39074

10930 Lawrence Rd
Sumner IL 62466

## Supplemental or Pendent Jurisdiction

Jurisdiction is conferred on this Court By 42 U.S.C. §§ 1983 and 1331. Mr. Thomason Brings forth Before this Honorable Court State Law Claim of "Negligence" Arising from the same facts. Such negligence is geared toward all Defendants named in this Complaint.

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender's Grievance**

| | | | |
|---|---|---|---|
| Date: 5-2-21 | Offender (please print): Jeremy Thomason | ID #: M39074 | Race: White |
| Present Facility: Lawrence Correctional Center | | Facility where grievance issue occurred: Lawrence Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [X] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-2-21 at about 2:00 pm i was at yard playing basketball, when i hurt my finger. we came in at about 2:30 pm and i knew i hurt my finger but not to what extent i hurt it. So i waited about 30 minutes and my finger started swelling and turning colors. So i told Sgt Fierro on second shift at 3:00 pm count, he looked at my finger and said "Damn yea that looks bad, let me call healthcare and see if i can get your over there, but there's not much they can do for a broke finger."

[X] Continued on reverse

**Relief Requested:** Adequate medical treatment and to address emergencies as they are presented.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is an NOT an emergency grievance

Offender's Signature _____ ID# M39074    Date 5-16-21

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received 5-21   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per HCU response offender was seen by HCU as soon as they were notified. Offender is being seen by NP on 5-24-21. Treatment plans are set up by providers.

Christopher Woltz _____ Sign Counselor's Name _____ Date 5-26-21
Print Counselor's Name

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature _____ Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

So i waited patiently for about four hours and at about 7pm i asked Sgt Fierro what did health care say about my finger, he said he forgot that he would go call now. about 20 minutes later he came back and said that health care is under.staff and too busy to see me tonight to try tommorrow. So on 5-3-21 i stopped Sgt Walker on First shift at about 8:00 Am told him what was going on and he sent me right over to health care. upon arriving i was seen by a nurse unknown name, middle aged, short blondish-brown hair with glasses. i showed her my finger and told her what happened and that i think i broke my finger. She told me it looks pretty messed up but there's really nothing they can do for a broken finger. I told her i dont want my finger to get stuck crooked. She said well let me try and fix you up something. She pulled out a tounge suppressor, gauze and tape and made a splint for my finger. She prescribed me a 12 pack of 325mg Tylenol and said she could not give me an ice permit and sent me back to the housing unit. on 5-5-21 i had a 8:30 Am call pass to see NP Stover upon arriving. She changed my tounge suppressor, gauze and tape with new ones and said we will keep doing this to attempt to straighten my finger, she told me she would see me again on 5-7-21 to see how i was doing and to change my splint. She gave me an ice permit for the pain and swelling and a bag permit so i dont get my splint wet in the shower, since im not to take it off, and i was sent back to the housing unit. ON 5-7-21 i had a 10:00 Am call pass to see NP Stover upon arriving she asked how my finger was doing. i told her its continuing to cause me severe pain and that it shouldn't hurt this bad that it doesn't feel right. She prescribed me 800mg I.b profen and 500 mg Tylenol and continued to straighten my finger with the splint she made. She told me i was about to go get my finger x-ray's taken in a couple of minutes and that she would see me again on 5-10-21. I was taken to the x-ray room and took my x-ray's and told the results would be in soon give it a couple days. and sent back to my housing unit. On 5-10-21 i was called over to see NP Stover at 12:30pm She asked how i was doing, i told her im still in alot of pain. She changed my splint with a new one to continue to attempt to straighten my finger, i asked about my X-Ray results She said that they were not in yet and sent me back to my housing unit. ON 5-11-21 a nurse brought me over two blister packs of 500mg Acetaminophen prescribed to me. the same day of 5-11-21 at about 11:30Am an inmate accidently spilled a cup of coffee on my splint and i was told by NP Stover if it gets wet or ruined to have an officer call health care and send me over for a new one right away. i told Sgt yanaka ON 1st shift and he said there was a nurse in the foyer to go tell her what was going on. it was the blonde Nurse everyone calls ms K. a younger lady. She wrote down my name and I.d number and said she would go see what needed to be done. I never heard anything back. So when 2nd shift came in i told Sgt piper and i got over to health care at about 8:30 pm and a nurse unknown name middle aged with shoulder length blonde hair and glasses attempted to put a splint on my finger but it wasn't the same way NP Stover had it on keeping my finger completely straight when i told her it had to be straight She said its the best she can do and to keep it dry and sent me back to my housing unit. i still havent seen anyone about my finger since 5-11-21 and my finger is setting in a make shift splint not completely straight as it should be.

TO: sGrievance Officers              continued on next page

Distribution: Master File; Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

| | | | |
|---|---|---|---|
| **Date Received:** 06/17/2021 | **Date of Review:** 06/17/2021 | **Grievance #** (optional): 05-21-208 | |
| **Offender:** THOMASON | | **ID#:** M39074 | |

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Offender Thomason M39074 wrote grievance on 05/16/2021 concerning incident date of 05/02/2021, received at 1st level on 05/20/2021, and answered by counselor Waltz on 05/26/2021.Grievant claims they have not received adequate care from the HCU for a finger injury.

**Relief Requested:** "Adequate medical treatment and to address emergencies as they are presented."

**Counselor Response:** Per HCU response offender was seen by HCU as soon as they were notified. Offender is being seen by NP on 05/24/2021. Treatment plans are set up by providers."

Grievance Officer reviewed the grievant's medical call pass hx and it indicates that since the date of the grievance, the grievant has been scheduled to see the NP on 5/28, 6/2, 6/7; and scheduled for x-rays on 6/16.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **DENIED - grievant has been seen by the HCU.**

J. Garrett, CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** _____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                                    Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                                    ID#                                    Date

J.B. Pritzker
Governor



Rob Jeffreys
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Thomason, Jeremy                    July 19, 2021
                                                        Date
ID# : M39074

Facility: Lawrence

This is in response to your grievance received on 7/2/2021. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/2/21  Grievance Number: 05-21-208  Griev Loc: LAW/HCU

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☒ Other  Ix finger, injured 5/2/21

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☒ Other  Moot, as you're being seen. Continue to utilize nurse (sick call) as needed.

FOR THE BOARD:  S. Benton                    CONCURRED:  Rob Jeffreys edie
Sherry Benton                                              Rob Jeffreys
Administrative Review Board                                 Acting Director

CC: Warden, LAW                              Correctional Center
Thomason, Jeremy  ID# M39074

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in individuals in custody behavior, operating successful reentry programs, and reducing victimization.*

RECEIVED

AUG 2 3 2021

GRIEVANCE
OFFICE

Assigned Grievance #/Institution #CR-21-179

Housing Unit 2A-CLAW-REW??-CC

RECEIVED

AUG 2 4 2021

GRIEVANCE
OFFICE

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 8-23-21 | Offender (please print): Jeremy Thomason | ID #: M39074 |
|---|---|---|

1st Lvl rec AUG 2 3 2021

2nd Lvl rec

Race/optional: White

**Present Facility:** Lawrence C.C

**Facility where grievance issue occurred:** Lawrence C.C

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-2-21, i injured my Finger playing Basketball (See grievance #05-21-208) i have consistantly been complaining of pain in my injured Finger (See medical records Dated 5-3-21, 5-4-21, 5-7-21, 5-10-21, 5-28-21, 8-2-21, 6-7-21, 6-30-21, 7-27-21 and some most recent call passes ive been to to have my splint changed. and i have reported this pain to Nurse Dallison, NP Sara Stover, Nurse Carrie Fowler, nurse Baker, nurse Harris and nurse Davidson. I am continuing to have severe throbbing pain in my Finger and hand. and the treatment

[x] Continued on reverse

**Relief Requested:**

To See a specialist so i can be provided with medical treatment that will adequately treat my pain, prevent any Further unnecessary pain and suffering, and will treat my injury in a manner that will allow it to properly Heal.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Offender's Signature | M39074 ID# | 8-23-21 Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 8-23-21

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| Chief Administrative Officer's Signature | 8-23-21 Date |
|---|---|

that i have been ~~receiving~~ receiving does NOT relieve the
pain, and has been preventing and prolonging the healing of my
Finger. this treatment is making my injury worse and causing
me a significant amount of pain, and despite medical personnel
being aware of such, they refuse to provide me another course
of treatment. this has been going on for about 3 months and
3 weeks now with the same result. I am in extreme pain
everyday, sleep deprived and becoming depressed because i am
concerned with the possibility of losing my finger or
having to live with it's mobility forever being compromised. Also
on 7-27-21 i was seen and treated by nurse carrie Fowler, upon
arriving she asked me on a scale from 1-10 how much pain was i
currently in, i said an eight (8) out of 10. she changed my splint i
left. Now a couple days ago i was reading my medical records i had
just recieved and i says she wrote down on my medical records
that i said my pain level on a scale from 1-10 was a three (3)
out of 10. so i would like to have my medical records corrected
so that the severity of my injury is NOT down played in the
least bit. Tylenol and Ibprofen are NOT strong enough to
relieve the pain from a broken/fractured bone.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/24/2021 | Date of Review: 08/31/2021 | Grievance # (optional): 08-21-179 |
| Offender: **THOMASON, JEREMY** | | ID#: **M39074** |

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Thomason M39074 wrote grievance on 08/23/2021 concerning incident date(s) of 05/02/2021 & 07/27/2021 and Grievance was deemed emergency by the CAO on 08/213/2021. Grievant claims that they have been dealing with continued pain from an injury that occurred on 05/02/2021 and the grievant claims that HCU is not doing enough to aleviate the pain. Grievant claims that on 07/27/2021, the grievant was asked by a medical professional what their pain rating was. The grievant claims they stated it was an 8 out of 10. The grievant claims that their medical records reflect their response as 3 out of 10.

**Relief Requested:** "To see a specialist so i can be provided with Medical treatment that will adequately treat my pain, prevent any further unnessary pain and suffering. and treat my injury in a manner that will allow it to properly heal."

**HCUA Response: Review of medical chart documentation:** Documentation from nursing staff on 08/27/2021 remains 3/10 on pain scale."

**Grievance Officer's Review:** The events concerning the injury and subsequent HCU care will not be reviewed by the Grievance Officer due to the grievant's concerns being noted on grievance # 07-21/058.

Concerning the changing of the grievant's medical documentation, specifically the event on 07/27/2021, the grievant needs to seek remedy with the HCU prior to filing a grievance. This Grievance Officer recommends that the grievant request to be seen by a medical professional via the Nurse sick call, in order to discuss their medical record concerns and to provide an update on the status of their injury. Furthermore, the grievant is encouraged to continue to utilize the "request" system that's detailed within the Lawrence CC Offender Orientation Manual to address additional medical concerns and to seek the scheduling of medical appointments.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **DENIED.**

| J. Garrett, CCII | | |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |
| | **(Attach a copy of Offender's Grievance, including counselor's response if applicable)** | |

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☒ I concur   ☐ I do not concur | ☐ Remand |
| Action Taken: | | |

Chief Administrative Officer's Signature                     Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | M39074 | 9-9-21 |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution: Master File; Offender                     Page 1                     DOC 0047 (Rev. 3/2019)

Printed on Recycled Paper

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Jeremy Thomason                                                9/21/21
                                                                      Date
ID# : M39074

Facility: Lawrence

This is in response to your grievance received on ___09/11/21___ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 08/23/21    Grievance Number: 08/21/179    Griev Loc: Lawrence

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ■ Other   Medical Treatment - 07/27/21- Pain in finger since injury on 05/02/21.  Incorrect medical records.

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ■ Other:   HCUA- documentation on medical record still reflects 3/10 pain level.  Grievant may request NC to HCU to discuss medical record concerns.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

Treatment is at the discretion of the IDOC physician. Healthcare care was previously addressed in GRV 07/21/058.

FOR THE BOARD: _____          CONCURRED: _____
DeAnna Kink                                                    Rob Jeffreys
Administrative Review Board                                    Director

CC:  Warden,  Lawrence _____ Correctional Center
     Jeremy Thomason _____ ID# M39074

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: RECEIVED LAWRENCE C.C. JUL 23 2021 | Offender (please print): Jeremy Thomason | ID #: M39074 | Received GRIEVANCE OFFICE |
|---|---|---|---|

Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C.

**Nature of Grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report    _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 7-22-21 I recieved in the mail, Grievance #7-21-73 with Counselor christopher waltz Response to grievance stating "Per HCU response per medical chart documentation, patient Seen by provider and treated on 7-2-21, 6-30-21, 6-25-21, 6-16-21, 6-7-21 and 6-2-21 in regards to ongoing finger issue" THis HCU Response Per medical chart documentation is FALSE! I was NOT Seen by or Treated by NP Stover or

[x] Continued on reverse

**Relief Requested:**

I want the Forgery of my medical chart documents to stop immediately, And my medical chart documents corrected from the Forgery! and to be seen and treated by HCU providers on the date and time my callpasses are for, and my finger to be cleaned and applied a new makeshift splint to in a timely manner.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_____ Offender's Signature    M39074 ID#    7-22-21 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 7/29/21    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Is a duplicate to Grievance # 07-21-073 per CHAMP entry dated 07/26/21 - "Grievance officer reviewed at 2nd level; forwarded to the CAO".

_____ Print Counselor's Name    _____ Sign Counselor's Name    7/29/21 Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 7/23/21

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    7/23/21 Date

anyone on HCU staff on 7-2-21. I did have a 2:00pm call pass to see NP Stover on 7-2-21, and i did go to the HCU on 7-2-21, and upon arriving at HCU i was stopped by "Sgt Snearly" before entering the waiting room and told that NP Stover has cancelled my call pass because she had just seen me the day before! i told Sgt Snearly i need to be seen by NP Stover so that my splint can be changed before it gets dirty, swetty and stinking. Sgt Snearly told me NP Stover cancelled my call pass and to go back to my living unit. There is another lie, NP Stover did not see me the day before 7-2-21, she seen me on 6-30-21 and has not seen me since then and today is 7-22-21, that is 22 days since my makeshift splint has been changed or my finger cleaned!, and yet again my makeshift splint is filthy, stinking and disgusting. This is inhumane and cruel and unusual punishment. The witnesses i have to prove that i was not seen by or treated by the HCU staff are as follows:

Sgt Bridwell, he sent me to HCU at about 2:00pm for my HCU callpass and seen me come right back after leaving the HCU, he asked me why was i back so fast, i told him that Sgt Snearly just told me to go back to my living unit because NP Stover cancelled my call pass. He told me that was weird because Healthcare just called for me to come over.

Sgt Snearly, he was the one that told me to go back to my living unit, at Healthcare, that my 2:00pm callpass with NP Stover was cancelled because she said to cancel it.

and i also have documents to prove i was never seen or treated by HCU providers on 7-2-21, this is not right the HCU has forged my medical chart documents, that i was seen and treated by providers on 7-2-21.

There is also camera footage that will show that i was never allowed into the actual HCU to be seen or treated on 7-2-21, by HCU staff.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

| Date Received: 08/02/2021 | Date of Review: 08/02/2021 | Grievance # (optional): 07-21-199 |
|---|---|---|

| Offender: **THOMASON, JEREMY** | ID#: **M39074** |
|---|---|

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Thomason M39074 wrote grievance on 07/22/2021 concerning incident date of 07/22/2021, received at 1st level on 07/23/2021, received by counselor McFarland on 07/29/2021, answered on 07/29/2021. Grievant claims that their medical charts have been forged with inaccurate dates in which the grievant was stated to have been seen by a medical professional.

**Relief Requested:** "I want the forgery of my medical chart documents to stop immediately, and my medical chart documents corrected from the forgery! And to be seen and treated by HCU providers on the date and time my call passes are for, and my finger to be cleaned and applied a new makeshift splint to in a timely manner."

**Counselor's Response:** "Per DR 504 duplicate to grievance # 07-21-073. Per CHAMP entry dated 07/26/2021 - "Grievance Officer reviewed at 2nf level, forward to CAO.'

**Grievance Officer's Response:**

Unable to substantiate the grievant's claims concerning claims of medical chart forgery.

Medical issues concerning the grievant's finger are consider a duplicate to grievance # 07-21-073.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **DENIED.**

| J. Garrett, CCII | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** | | | |
|---|---|---|---|

Date Received: ☑ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

| Chief Administrative Officer's Signature | Date |
|---|---|

| **Offender's Appeal To The Director** | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | M39074 | 8-11-21 |
|---|---|---|
| | ID# | Date |

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   Thomason, Jeremy                                    9/28/21

ID# :   M39074                                                Date

Facility:   Lawrence

This is in response to your grievance received on **8/17/21**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **7/22/21**    Grievance Number: **07-21-199**    Griev Loc: **LAW/HCU**

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other   NP Stover, forged documents, splint change June/July 2021

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

■ Other:   Contact made with HCU, this grievance is denied.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _S. Benton_          CONCURRED: _Rob Jeffreys_

Sherry Benton                                Rob Jeffreys
Administrative Review Board                        Director

CC:  Warden,  Lawrence _____ Correctional Center
      Thomason, Jeremy _____ , ID# M39074

*Mission:* To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: JUL 13 2021 | Offender (please print): Jeremy Thomason | ID #: M39074 | Place (optional): Lawrence CC |
|---|---|---|---|
| Present Facility: Lawrence C.C | | Facility where grievance issue occurred: Lawrence C.C | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☐ Other (specify): _____
- ☐ Disciplinary Report

_____ Date of report _____     _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6-30-21 at approximately 1:00pm i went to HCU to see NP Stover about my makeshift splint needing changed, Due to it being Dirty, Smelly and Falling apart. She seen my Finger splint was really nasty and said she will start getting me over to the HCU more frequently instead of 5 or more days at a time. She told me she would see me again to have my splint changed on 7-2-21. ON 7-2-21 at approximately 2:00 pm i had a call pass to see NP Stover

☒ Continued on reverse

**Relief Requested:**

I want to have my Medical needs met in a timely manner and given Adequate Medical treatment. I Also want to see an outside Specialist pertaining to why my Finger is not healing properly or being maintained properly. This is an act of Inadequate medical treatment and Deliberate Indifference.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Jeremy Thomason_     M39074     7-11-21
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name _____     _____ Sign Counselor's Name _____     _____ Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____     _____ Date _____

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

to have my makeshift splint changed. upon arriving, i was stopped by Sgt Snearly, he told me to go back to my housing unit, i asked why "I need my splint changed" He told me that NP Stover cancelled my call pass saying "she just saw me the day before" i told him that we arent letting my splint go unchanged for more than a couple of days because its messing up the skin on my finger and causing me to keep a nasty + Dirty and Disgusting splint on my finger for long periods of time. Since my injury to my Finger on 5-2-21 i have been forced to keep these disgusting, stinking, Filthy makeshift splints on my finger for periods of 13 days at a time on one occasion, from 5-11-21 to 5-24-21. then for 9 days on another occasion From 6-7-21 to 6-16-21. then For 9 days again on another occasion from 6-16-21 to 6-25-21. and right now on 7-11-21 i have NOT had my makeshift splint changed since 6-30-21 and that's 11 days right now and again my splint is dirty, stinking, and in need of being changed. and if you look at my call pass history the majority of them are scheduled For aproximately every 4 days. this is NOT right. why am i NOT being Seen when i am supposed to be? this is NOT only a huge Lack of Professionalism but also an act of cruel and unusual punishment, leaving these Germ Filled, nasty makeshift splints on my Finger for long periods of time, knowing that i can't take them off because it would interupt my healing process, is an act of Deliberate Indifference and Inadequate medical treatment.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | |
|---|---|

**Date Received:** 07/14/2021    **Date of Review:** 07/19/2021    Grievance # (optional): 07-21-101

**Offender:** THOMASON, JEREMY                    **ID#:** M39074

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Thomason M39074 wrote grievance on 07/11/2021 concerning incident date(s) of 06/30/2021 & ONGOING and Grievance was deemed emergency by the CAO on 07/14/2021.  Grievant claims they have not been receiving adequate care for a finger injury and requests to be sent to an outside medical provider to supplement care.

**Relief Requested:**

**Duplicate Grievance to. 07-21-058**

**Recommendation:**  Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **DENIED.**

_____
J. Garrett, CCII
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

**Date Received:** _____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

_____
Chief Administrative Officer's Signature

_____
Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

_____
Offender's Signature

M39074
ID#

_____
Date

Assigned Grievance # /Indication     7 - 21 - 21                    Housing Unit  1-AC-11          GRIEVANCE
                                                                                                    OFFICE

1st 1 of this                    ILLINOIS DEPARTMENT OF CORRECTIONS
                                        Offender's Grievance                              2nd Lvl rec:

| Date: 6-29-21 | Offender (please print): Jeremy Thomason | ID #: M39074 | Race (optional): White |

| Present Facility: Lawrence C.C. | Facility where grievance issue occurred: Lawrence C.C. |

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☒ Medical Treatment | ☐ ADA Disability Accommodation |
| ☒ Staff Conduct | ☐ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☐ Other (specify): | | |
| ☐ Disciplinary Report | | | |

_____              _____
Date of report                          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

    On 6/25/21, at aprox. 1pm I was told by Pod Officer Ms. Ausbrook that I needed to go to Health Care for My finger injury. Upon arriving I was seen by NP Stover. She informed me that my second x-Ray results were in, and they showed that My fractured finger has NOT healed in the least bit. That there is absolutely NO calcification surrounding my fractured finger. I told her that it's been about seven and a half weeks since my finger was fractured

                                                     ☒ Continued on reverse

**Relief Requested:**

    I want to be seen by an outside Speacialist to recieve adequate Medical Treatment.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

_____              M39074                    6-29-21
Offender's Signature                    ID#                        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____

_____        _____        _____
Print Counselor's Name            Sign Counselor's Name             Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received   7-9-21

Is this determined to be of an emergency nature?
☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____                                          _____
Chief Administrative Officer's Signature                            Date

and how was that possible. She told me she doesn't know. I asked her what are we gonna do now, I'm still in alot of Pain? She said we will tape your finger to one of your other fingers and see if your finger heals. I told her my finger still remains really crooked and curving to the left, why didn't my finger get "Set" straight before we started the attempted healing process? So that my finger won't end up permanantley crooked. She said "We Don't Do That", "We Don't Set Fingers". This Violates U.S.C.A. 8. in which is Cruel and Unusual Punishment.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

| Date Received: | 07/12/2021 | Date of Review: | 07/19/2021 | Grievance # (optional): | 07-21-058 |
|---|---|---|---|---|---|

| Offender: | **THOMASON, JEREMY** | | ID#: | **M39074** |
|---|---|---|---|---|

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Thomason M39074 wrote grievance on 06/29/2021 concerning incident date(s) of 06/25/2021 and Grievance was deemed emergency by the CAO on 07/09/2021. Grievant claims they have not been receiving adequate care for a finger injury and requests to be sent to an outside medical provider to supplement care.

**Relief Requested:** "I want to be seen by an outside specialist to receive adequate medical treatment."

**HCUA Response: Review of medical chart documentation:** "patient has been seen and continues to be seen by providers at Lawrence CC HCU for health care issues. Review of medical chart documentation – no referral for "outside specialist" by licensed providers who determine plan of care. MD/MO/PA with Wexford Health Sources are charged with determining plan of care for patients."

**Grievance Officer's Review:** Per IDOC "call pass" records and the HCUA response, it appears that the grievant continues to be seen by medical professionals to address medical concerns. Individuals in custody referrals to outside medical providers is outside the purview of the Grievance Officer.

Per IDOC "call pass" records and the HCUA response, it appears that the grievant continues to be seen by medical professionals to address medical concerns. Individuals in custody referrals to outside medical providers are outside the purview of the Grievance Officer.

The grievant is encouraged to utilize the "request" system that's detailed out in the Lawrence CC Offender Orientation Manual to address additional medical concerns and medical appointment requests.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **MOOT.**

| J. Garrett, CCII | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: _____    ☑ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | M39074 | |
|---|---|---|
| Offender's Signature | ID# | Date |



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Jeremy Thomason

8/24/21
Date

ID# : M39074

Facility: Lawrence

This is in response to your grievance received on ___08/04/21___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 06/29/21 & 07/11/21   Grievance Number: 07-21-058 & 07-21-101   Griev Loc: Lawrence

- ☐ Transfer denied by the Facility
- ☐ Dietary ___
- ☐ Personal Property ___
- ☐ Mailroom/Publications ___
- ☐ Assignment (job, cell) ___
- ☐ Commissary / Trust Fund ___
- ☐ Conditions (cell conditions, cleaning supplies, etc.) ___
- ☐ Disciplinary Report: Dated: ___ Incident # ___
- ☑ Other   Medical Treatment-Inadequate care for finger/wants referral for outside doctor ___

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden ___ is advised to provide a written response of corrective action to this office by ___
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: HCUA states grievant has been seen multiple times in HCU. (8 times since the date of the GRV's)  Treatment is at the discretion of the IDOC Physician.

Grievant may continue to req visits to HCU for future medical concerns.

FOR THE BOARD: _DeAnna Kink_
DeAnna Kink
Administrative Review Board

CONCURRED: _Rob Jeffreys_
Rob Jeffreys
Director

CC: Warden, Lawrence ___ Correctional Center
Jeremy Thomason ___ ID# M39074

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

RECEIVED
LAWRENCE C.C

Assigned Grievance _____    7-21-13    Housing Unit  1A-L4  Bed #: 35

JUL 09 20__    2021

RECEIVED
LAWRENCE C.C
GRIEVANCE OFFICE

1st Lvl rec    GRIEVANCE    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec
**Offender's Grievance**

| Date: 6-24-21 | Offender (please print): Jeremy Thomason | ID #: M39074 | Race (optional): White |

Present Facility: Lawrence c.c    Facility where grievance issue occurred: Lawrence c.c

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on 6-7-21 I had a call pass to See NP Stover @ 2:30pm. She changed my splint and told me she would call me over again to have it changed the following Friday, which is 6-11-21 to have the new one put on and to ⬛⬛⬛ clean my finger. So 6-11-21 comes and No call pass. then on 6-16-21 I had a call pass for a Second x-ray, after getting my x-ray

[x] Continued on reverse

**Relief Requested:** For my medical treatment to be timely and proper (to have my medical needs met when they are supposed to be.)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

_Jeremy Thomason_    M39074    6-24-21
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 7-12    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Per HCU response per medical chart documentation, Patient Seen by Provider and treated on 7-2-21, 6-30-21, 6-25-21, 6-16-21, 6-7-21 and 6-2-21 in regards to ongoing finger issue

Christopher Waltz    _signature_    2-20-01
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with the counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer's Signature    Date

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

i caught a random nurse br/hair middle age
with glasses and asked her if she could please
change my splint it was dirty and Falling apart.
She took down my Name + I.D# and changed my
splint for me. it is Now 6-24-21 and again
im setting with a Dirty, NAsty, StinKing splint
on my finger and need it changed A.S.A.P.
i shouldn't have to set here with a Disgusting
stinking splint, it isn't right.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received:    07/21/2021        Date of Review:    07/26/2021        Grievance # (optional):  07-21-073

Offender:    **THOMASON, JEREMY**                                    ID#:    **M39074**

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Thomason M39074 wrote grievance on 06/24/2021 concerning incident date of 06/16/2021, received at 1st level on 07/09/2021, received by counselor Waltz on 07/12/2021, answered on 07/20/2021. Grievant claims they are suppose to be call passed to HCU regularly to have their splint changed, but they have not been call passed.

**Relief Requested:**  "For my medical treatment to be timely and proper (to have my medical needs met when they are supposed to be.)"

**Counselor's Response:** Per HCU response per medical chart documentation patient seen by provider and treated on 7/2/21, 06/30/21, 03/25/21, 06/16/21, 06/07/21, 06/02/21 in regards to ongoing finger issue."

**Grievance Officer's Review:** Per IDOC "call pass" records, it appears the grievant continues to see a medical professional to address their medical concerns.

Recommendation: Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **MOOT.**

J. Garrett, CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received:  _____            ☑ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

Chief Administrative Officer's Signature                                    Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                    M39074        8-3-21
                                        ID#            Date

DOC 0047 (Rev. 3/2019)

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Thomason, Jeremy                                           9/21/2021
                                                                    Date
ID #: M39074

Facility: Lawrence

This is in response to your grievance received on ___8/9/2021___. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4/24/21    Grievance Number: 07-21-073    Griev Loc: Law/HCU

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other  Changing of splint June 2021

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☒ Other:  Mixed. Cannot substantiate a deliberate delay.

FOR THE BOARD:  S. Benton          CONCURRED:  Rob Jeffreys
                Sherry Benton                      Rob Jeffreys
          Administrative Review Board                 Director

CC: Warden,  Law                Correctional Center
    Thomason, Jeremy  ID # M39074

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*